UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **MAJEED AGURE** | **CIVIL ACTION NO. 1:25-CV-0457** |
| | **SEC P** |
| **VERSUS** | **JUDGE EDWARDS** |
| **DO HALSEY ET AL** | **MAG. JUDGE PEREZ-MONTES** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 3), noting the absence of objection thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED, ADJUDGED, AND DECREED** that this civil action is **DISMISSED WITHOUT PREJUDICE**.

**THUS DONE AND SIGNED** this 8th day of May, 2025, in Alexandria, Louisiana.

_____
**JERRY EDWARDS, JR.**
**UNITED STATES DISTRICT JUDGE**